# Court of Appeals
# of the State of Georgia

ATLANTA,___July 12, 2016_____

*The Court of Appeals hereby passes the following order:*

## A16A1995.  SY B. FITZGERALD et al. v. DANIEL W. FITZGERALD.

In September 2014, Daniel W. Fitzgerald obtained a judgment against several defendants, including Sy B. Fitzgerald.  In March 2015, Sy filed a pro se motion to set aside the judgment asserting he did not have sufficient notice of the September trial date.  The trial court denied the motion, and Sy filed this pro se direct appeal. We, however, lack jurisdiction.

Although the statute is not specifically referenced in Sy's motion, the motion is one to set aside under OCGA § 9-11-60(d), and the trial court treated the motion as such.  An appeal from an order denying a motion to set aside under OCGA § 9-11-60 (d) must be taken by application for discretionary review.  See OCGA § 5-6-35 (a) (8); *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116 (640 SE2d 688) (2006). Sy's failure to comply with the requisite appellate procedure deprives this Court of jurisdiction over his appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____* 07/12/2016 ____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*